UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-3368-GW (KS)                                                                  Date: May 4, 2020

Title   *Young Yil Jo v. Six Unknown Names Agents, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 10, 2020, Plaintiff, a California state resident proceeding *pro se*, filed a civil rights complaint "under 42 U.S.C. § 1983 . . . Due Process Equal Rights No Discriminates Mental Damages or Illegal for Price or National Origin" (the "Complaint"). (Dkt. No. 1.) The Complaint is difficult to comprehend, with multiple words crossed out, handwritten annotations written in the margins of most pages, and no description of the legal claims for relief or relevant facts underpinning each claim. (*See generally id.*) As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  See FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

Also on April 10, 2020, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) More than three weeks have now passed and Plaintiff has not responded to the Court's notification. Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 25, 2020, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P). **To discharge this Order and proceed with this case, Plaintiff must either:  (1) pay the $400 filing fee in full; or**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 20-3368-GW (KS)                                    Date: May 4, 2020

Title    *Young Yil Jo v. Six Unknown Names Agents, et al.*

**(2) file the completed forms, and the necessary documentation, with the Court on or before the May 25, 2020 deadline.**

Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.

**IT IS SO ORDERED**.

:

**Initials of Preparer**    gr