JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br>　　　　　　　Plaintiff,<br>　　　v.<br><br>SIX UNKNOWN NAMES AGENTS,<br>et al,<br>　　　　　　　Defendants. | ) NO. CV 20-3368-GW (KS)<br>)<br>)<br>)<br>) ORDER AND JUDGMENT OF DISMISSAL<br>)<br>)<br>)<br>) |

On April 10, 2020, Plaintiff, a California state resident proceeding *pro se*, filed a civil rights complaint "under 42 U.S.C. § 1983 . . . Due Process Equal Rights No Discriminates Mental Damages or Illegal for Price or National Origin" (the "Complaint"). (Dkt. No. 1.) The Complaint is difficult to comprehend, with multiple words crossed out, handwritten annotations written in the margins of most pages, and no description of the legal claims for relief or relevant facts underpinning each claim. (*See generally id.*)

As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc*., 637 F.3d 1047, 1059

(9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

Also on April 10, 2020, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)  On May 4, 2020, after more than three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than May 25, 2020, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee.  (Dkt. No. 4.)

On May 5, 2020, Plaintiff filed a Reply to the Court's Order to Show Cause, which appears to be a copy of the original Complaint and contains the same defects.  (Dkt. No. 5.) Furthermore, Plaintiff neither paid the filing fee nor filed an application to proceed *in forma pauperis* as ordered by the Court.[1]

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

---

[1]  This is Plaintiff's second action in which he filed the same incoherent complaint against the same defendants, the Court notified him about the defects in the complaint and his failure to either pay the filing fee or an application to proceed *in forma pauperis*, and Plaintiff failed to comply with the Court's orders.  *See Young Yil Jo et al v. Six Unnamed Agents*, CV 20-1377-GW (KS) (Apr. 22, 2020).

More than two months have now passed since the Court issued its April 10, 2020 notification, and more than three weeks have passed since Plaintiff's May 25, 2020 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee.  To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*.  In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: June 18, 2020

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

3